HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GARRETT SMITH,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. C18-5192 RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge David Christel's Report and Recommendation [Dkt. # 36], on Petitioner's Smith's "Motion for Judges to Specifically Obey Laws of the United States" [Dkt. # 37].

The Court hereby ORDERS:

(1) The Report and Recommendation is ADOPTED.

(2) Petitioner Smith's Petition for Writ of Mandamus [Dkt. # 4] is DISMISSED with prejudice.

(3) If and to the extent he seeks one, Smith's request for a certificate of appealability is DENIED.

Smith's motions [Dkt. # 37] is frivolous and it is DENIED. Any other pending motion is DENIED as moot.

The case is CLOSED. The Clerk is directed to send copies of this Order to Petitioner Smith and to the Hon. David W. Christel.

IT IS SO ORDERED.

Dated this 14th day of June, 2018.

Ronald B. Leighton
United States District Judge